1078

[No. 17855-5-I.   Division One.   August 26, 1987.]

KEITH A. SUTTON, *Respondent*, v. LAURIE O. HIRVONEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 84-2-00046-8, Harry A. Follman, J., entered December 30, 1985. *Remanded* by unpublished opinion per Enyeart, J. Pro Tem., concurred in by Cole and Dolliver, JJ. Pro Tem.

[No. 20973-6-I.   Division One.   December 8, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CURWOOD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-8-01044-1, Patricia H. Aitken, J., entered July 27, 1987. *Affirmed* by unpublished per curiam opinion. Now published at 50 Wn. App. 228.

[No. 8128-1-III.   Division Three.   December 8, 1987.]

WAYNE A. BERGER, *Appellant*, v. DISHMAN DODGE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-02038-6, John A. Schultheis, J., entered September 19, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Thompson, J. Now published at 50 Wn. App. 309.